UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
Attorney ID 005272008
Brenner, Spiller and Archer
125 Route 73 North
West Berlin, NJ 08092
(856) 963-5000
Attorney for Debtor

In Re:

Terri D. O'Brien,
          Debtor(s).

**Order Filed on April 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:          24-19025

Chapter:          13

Judge:          Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew T. Archer, Esquire _____ , the applicant, is allowed a fee of $ _____ 787.50 _____ for services rendered and expenses in the amount of $ _____ 3.09 _____ for a total of $ _____ 790.59 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 1,311 _____ per month for _____ 41 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2